# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Reflex MD, Inc. a Delaware Corporation<br>*Plaintiff(s)*<br>v.<br>Dynamic Trading Enterprises, LLC, d/b/a Join Layla, a Pennsylvania limited liability company, and Gabriel Vaturi a/k/a Gabriel Zion Vaturi<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-27682-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dynamic Trading Enterprises, LLC, d/b/a
Join Layla, a Pennsylvania limited liability
company, BY SERVING THE REGISTERED AGENT
NORTHWEST REGISTERED AGENT LLC
7901 4th St N
STE 300
St. Petersburg, FL 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAY M. LEVY, PA.
DATRAN 2, SUITE 1209
9130 SOUTH DADELAND BOULEVARD
MIAMI, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: 10/29/2026

Angela E. Noble
Clerk of Court

*s/ K. Riles*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Reflex MD, Inc. a Delaware Corporation<br>*Plaintiff(s)*<br>v.<br>Dynamic Trading Enterprises, LLC, d/b/a Join Layla, a Pennsylvania limited liability company, and Gabriel Vaturi a/k/a Gabriel Zion Vaturi<br>*Defendant(s)* | Civil Action No. 1:26-cv-27682-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gabriel Vaturi a/k/a Gabriel
Zion Vaturi
252 NW 29th Street
No. 9
Miami, Florida 33127-3902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAY M. LEVY, PA.
DATRAN 2, SUITE 1209
9130 SOUTH DADELAND BOULEVARD
MIAMI, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: 10/29/2026

*s/ K. Riles*

Deputy Clerk
U.S. District Courts